**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                              **CASE NO. 5:13-cr-23-RS**

**JOSE ALVAREZ,**

        **Defendant.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 22).

No objections have been filed.

**IT IS ORDERED:**

1.      The Magistrate Judge's Report and Recommendation is

approved and incorporated in this Order.

2.      The plea of guilty of Defendant to Count One of the Indictment

is **ACCEPTED**.

3.      All parties shall appear for sentencing on October 16, 2013, at

9:45 a.m.

**ORDERED** on July 11, 2013.

                            /S/ Richard Smoak
                            **RICHARD SMOAK**
                            **UNITED STATES DISTRICT JUDGE**